UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JEREMIAH LEVON GRANT,**<br>a/k/a "Jeremiah Jevon Grant"<br>**TYRONE LOUIS HARTS, JR.,**<br>a/k/a "Game" | Criminal No.: 4:25-CR-374<br><br>18 U.S.C. § 921<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 924(d)(1)<br>18 U.S.C. § 933(a)(1)<br>18 U.S.C. § 933(a)(3)<br>18 U.S.C. § 934<br>28 U.S.C. § 2461(c)<br><br>**INDICTMENT** |

### COUNT ONE

**THE GRAND JURY CHARGES:**

That on or about June 10, 2022, in the District of South Carolina, the Defendant, **JEREMIAH LEVON GRANT, a/k/a "Jeremiah Jevon Grant,"** knowingly possessed a firearm and ammunition, all of which had been shipped and transported in interstate and foreign commerce, to wit: a Llama Minimax .40 caliber semiautomatic handgun; and .40 caliber ammunition, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year and knowing that he had been convicted of such a crime;

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

RECEIVED

FEB 25 2025

FLORENCE, S.C.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

That on or about the September 5, 2024, in the District of South Carolina, the defendants, **JEREMIAH LEVON GRANT, a/k/a "Jeremiah Jevon Grant," and TYRONE LOUIS HARTS, JR., a/k/a "Game,"** knowingly and intentionally did receive from another person, or did attempt or conspire to transfer a firearm, to wit: a Llama Minimax .40 caliber semiautomatic handgun, knowing or having reasonable cause to believe that such receipt would constitute a felony;

All in violation of Title 18, United States Code, Sections 933(a)(1) and (a)(3).

## FORFEITURE

FIREARM OFFENSES:

Upon conviction for felony violation of Title 18, United States Code, Sections 922 and 933 as charged in this Indictment, the Defendants, **JEREMIAH LEVON GRANT, a/k/a "Jeremiah Jevon Grant," and TYRONE LOUIS HARTS, JR., a/k/a "Game"**, shall forfeit to the United States all of the Defendants' rights, title, and interest in and to any firearms and ammunition (as defined in 18 U.S.C. § 921) involved in or used in any knowing violation of 18 U.S.C. § 922 or 933, or violation of any other criminal law of the United States, or intended to be used in a crime of violence; any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the 18 U.S.C. § 933 offense, and any property, real or personal, which constitutes, is traceable, or is derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such offense.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 934, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

    A.    Cash Proceeds / Forfeiture Judgment:

        A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the transferring a firearm to a felon offense charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violation of 18 U.S.C. § 933.

    B.    Firearm:

        Llama Minimax .40 caliber semiautomatic handgun with a magazine
        Serial Number: 71-04-07470-00

C.   Ammunition:

Miscellaneous rounds of .40 caliber ammunition

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant:

(1)   Cannot be located upon the exercise of due diligence;
(2)   Has been transferred or sold to, or deposited with a third party;
(3)   Has been placed beyond the jurisdiction of the Court;
(4)   Has been substantially diminished in value; or
(5)   Has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), (incorporating Title 21, United States Code, Section 853(p)), to seek forfeiture of any other property of the said Defendant up to the value of the above forfeitable property.

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 934, and Title 28, United States Code, Section 2461(c).

A ___*True*___ Bill

_____
FOREPERSON

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: ___*ME*___
Matthew Ellis (Fed. ID 14054)
Assistant United States Attorney
401 West Evans Street, Room 222
Florence, SC 29501

4